UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CARL E. OLSEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 07-34-B-W |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 11, 2007 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on June 11, 2007. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Plaintiff's Motion for Leave to Proceed in forma pauperis on appeal (Docket # 13) be and hereby is **DENIED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of July, 2007